STEPHEN H. TURNER, SB# 89627
  E-Mail: turner@lbbslaw.com
PATRIK JOHANSSON, SB# 231769
  E-Mail: johansson@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant, Winn Law Group

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUMPUS,<br><br>    Plaintiff,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, and WINN LA GROUP,,<br><br>    Defendant. | CASE NO. 10-CV-00317 AWI-DLB<br><br>SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT WINN LAW GROUP. makes the following substitution:

**1. FORMER LEGAL REPRESENTATIVE**: Wynn Law Group, John E. Gordon, 110 East Wilshire Avenue, Ste.212, Fullerton, California 92832;telephone 714.446.6686, fax 213.446.6680.

**2. NEW LEGAL REPRESENTATIVE**: Stephen H. Turner, SB# 89627, Lewis Brisbois Bisgaard & Smith, LLP, 221 North Figueroa Street, Ste. 1200, Los Angeles, California, 90012; telephone 213.250.1800, fax 213.250.7900.

**3.** The party making this substitution is a defendant.

4820-8259-5590.1

-1-

SUBSTITUTION OF ATTORNEY

1  I consent to this substitution:

2

3  DATED: June 22, 2010           WINN LAW GROUP

4

5

6                                  By: _____
7                                        BRIAN N. WINN
                                         Former Attorneys for WINN LAW GROUP
8

9  I consent to this substitution:

10

11 DATED: June 23, 2010           STEPHEN H. TURNER
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP
12

13

14                                By_____
                                     STEPHEN H. TURNER
15                                   New Attorneys for WINN LAW GROUP

16

17

18 **IT IS SO ORDERED**

19

20

21

22 DATED:_____          By:_____
                                     JUDGE OF THE UNITED STATES DISTRICT
23                                   COURT EASTERN DISTRICT

24

25

26

27

28

4820-8259-5590.1                        -2-
                             SUBSTITUTION OF ATTORNEY

**FEDERAL COURT PROOF OF SERVICE**
Michael Bumpus vs. Keybank Natinal Association - File No. New File

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 23, 2010, I served the following document(s): **SUBSTITUTION OF ATTORNEY**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Joshua Braden Swigart<br>josh@westcoastlitigation.com<br>David James McGlothlin<br>david@southwestlitigation.com<br>Hyde and Swigart<br>411 Camino Del Rio South<br>Ste. 301<br>San Diego, California 92108<br>Tele: (619) 233-7770<br>Fax: (619) 297-1022 | Plaintiff, MICHAEL BUMPUS |
| Mitchell S. Griffin<br>mgriffin@cwghp.com<br>Cox, Wooton, Griffin, Hansen & Poulous<br>190 The Embarcadero<br>San Francisco, Claifornia 94104<br>Tele: (415) 438-4600<br>Fax : (415) 438-4601 | Attorney for Defendant<br>KEYBANK NATIONAL ASSOCIATION |

The documents were served by the following means:

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 23, 2010, at Los Angeles, California.

_Stephanie Hickman_

LEWIS BRISBOIS BISGAARD & SMITH LLP

4820-8259-5590.1

SUBSTITUTION OF ATTORNEY