UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUMPUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEYBANK NATIONAL ASSOCIATION, and WINN LA GROUP,,<br><br>　　　　Defendant. | CASE NO. 10-CV-00317 AWI-DLB<br><br>**ORDER PERMITTING DEFENDANT DEFENDANT WINN LAW GROUP LEAVE TO FILE A FIRST AMENDED ANSWER** |

**<u>ORDER</u>**

Good cause appearing therefore, the First Amended Answer of defendant, WINN LAW GROUP to Plaintiff's Complaint, is deemed filed and served this date.

IT IS SO ORDERED.

**Dated:   July 19, 2010**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

LEWIS BRISBOIS

4840-6979-9430.1

-1-

[PROPOSED] ORDER