# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Bumpus<br><br>                    Plaintiff,<br>v.<br><br><br>Keybank National Association, and Winn Law Group<br><br>                    Defendant. | **Case No.:** 1:10-cv-00317-AWI-JLT<br><br>**ORDER ON STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**(Doc. 19)** |

Pursuant to the joint motion and stipulation between Plaintiff, Michael Bumpus, and Defendant Keybank National Association, and Defendant Winn Law Group,

And for good cause shown,

//

//

HYDE & SWIGART
San Diego, California

**IT IS HEREBY ORDERED**, the scheduling conference order as is amended as follows:

    a. Non-Expert/Expert Discovery Deadline: 9/9/11
    b. Expert Disclosure Deadline: 7/8/11
    c. Supplemental Expert Disclosure Deadline: 7/29/11
    d. Non-dispositive motion filing deadline: 9/16/11
    e. Non-dispositive motion hearing deadline: 10/17/11
    f. Dispositive Motion Filing deadline: 10/28/11
    g. Dispositive Motion Hearing deadline: 12/12/11
    h. Pre-Trial Conference: 2/3/12
    i. Trial: 4/3/12

IT IS SO ORDERED.

Dated: **October 20, 2010**             **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE