David J. McGlothlin, Esq. (SBN: 253265)
david@southwestlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff
Michael Bumpus

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Michael Bumpus<br><br>                    Plaintiff,<br>v.<br><br><br>Keybank National Association, and Winn Law Group<br><br>                    Defendant. | **Case No.:** 1:10-cv-00317-AWI-JLT<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |
|---|---|

The parties hereto, through their respective counsel, stipulate to dismiss this matter with prejudice, with each party to bear its own costs and attorney fees. Respectfully submitted this 28th day of January 2011.

| | |
|---|---|
| Date: January 28, 2011 | **Hyde & Swigart** |
| | By: /s/ David J. McGlothlin<br>David McGlothlin<br>Attorneys for the Plaintiff |
| Date: January 28, 2011 | **Cox, Wootton, Griffin, Hansen & Poulos, LLP** |
| | By: /s/ Mitchell S. Griffin<br>Mitchell S. Griffin<br>Attorney for the Defendant<br>Keybank |
| Date: January 28, 2011 | **Lewis Brisbois, Bisgaard & Smith LLP** |
| | By: /s/ Patrik Johansson<br>Patrik Johansson<br>Attorney for the Defendant<br>Winn Law Group |