1  David J. McGlothlin, Esq. (SBN: 253265)
   david@southwestlitigation.com
2  Joshua B. Swigart, Esq. (SBN: 225557)
3  josh@westcoastlitigation.com
   **Hyde & Swigart**
4  411 Camino Del Rio South, Suite 301
5  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
6  Facsimile: (619) 297-1022

7
   Attorneys for the Plaintiff
8  Michael Bumpus

FILED
FEB 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Michael Bumpus | Case No.: 1:10-cv-00317-AWI-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| Keybank National Association, and Winn Law Group | |
| Defendant. | |

The parties hereto, through their respective counsel, stipulate to dismiss this matter with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted this 28th day of January 2011.

| | |
|---|---|
| Date: January 28, 2011 | **Hyde & Swigart** |
| | By: /s/ David J. McGlothlin |
| | David McGlothlin |
| | Attorneys for the Plaintiff |
| Date: January 28, 2011 | **Cox, Wootton, Griffin, Hansen & Poulos, LLP** |
| | By: /s/ Mitchell S. Griffin |
| | Mitchell S. Griffin |
| | Attorney for the Defendant |
| | Keybank |
| Date: January 28, 2011 | **Lewis Brisbois, Bisgaard & Smith LLP** |
| | By: /s/ Patrik Johansson |
| | Patrik Johansson |
| | Attorney for the Defendant |
| | Winn Law Group |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Bumpus<br><br>　　　　　　Plaintiff,<br>v.<br><br>Keybank National Association, and Winn Law Group<br><br>　　　　　　Defendant. | Case No: 1:10-cv-00317-AWI-JLT<br><br>ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

WHEREAS, the Parties have reached a settlement in this action, and now stipulated to dismiss this action with prejudice:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Date: February 15, 2011

By: _____